# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Magdy Elyamany**<br>Plaintiff, | ) Case No. 26-cv-3828 (MJD/JFD)<br>) (To be assigned by Clerk) |
| vs.<br>**REGENTS OF THE UNIVERSITY OF MINNESOTA**<br>Defendant. | ) **DEMAND FOR JURY TRIAL**<br>) YES ☒ NO ☐ |

**EMPLOYMENT DISCRIMINATION COMPLAINT**

RECEIVED
AUG 31 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## PARTIES

1. List your name, address and telephone number.

a. Plaintiff

Name **Magdy Elyamany**

Street Address **6143 Lee Avenue North**

County, City **Hennepin County, Brooklyn Center**

State & Zip Code **Minnesota 55429**

Telephone Number **651-354-1009**

2. List all defendants.

a. Defendant No. 1

Name **Regents of the University of Minnesota**

Street Address **Office of the General Counsel**

**360 McNamara Alumni Center, 200 Oak Street S.E.**

County, City **Hennepin County, Minneapolis**

State & Zip Code **Minnesota 55455**

*Confirm with the Clerk's Office that this is the correct address for service on the Regents before you file.*

SCANNED
AUG 31 2026
U.S. DISTRICT COURT MPLS

## JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

   a. ☒ **Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.**

   b. ☒ **Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination on the basis of age (age 40 or older).**

   c. ☐ Americans with Disabilities Act of 1990.

   d. ☐ Rehabilitation Act of 1973.

   e. ☐ Other.

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

   **Ford Hall, 224 Church Street S.E., Minneapolis / Hennepin County, Minnesota 55455**

5. When did the discrimination occur? Please give the date or time period:

   **July 1, 2026 through July 29, 2026**

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   a. ☒ Yes Date filed: **08/18/2026**

   b. ☐ No

   **EEOC Charge No. 444-2026-03354**

7. Have you received a Notice of Right-to-Sue Letter?

   a. ☒ Yes **(Copy attached as Exhibit A — Notice dated August 19, 2026, received August 19, 2026)**

   b. ☐ NO

**NATURE OF THE CASE**

8. The conduct complained of in this lawsuit involves (check only those that apply):

a. ☐ Failure to hire me

b. ☐ Termination of my employment

c. ☒ **Failure to promote me**

d. ☐ Failure to accommodate my disability

e. ☐ Terms and conditions of employment differ from those of similar employees

f. ☐ Retaliation

g. ☐ Harassment

h. ☐ Other conduct

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☒ Yes ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

a. ☐ Race

b. ☐ Religion

c. ☒ **National origin**

d. ☐ Color

e. ☐ Gender

f. ☐ Disability

g. ☒ **Age (my birth year is: 1953)**

h. ☐ Other

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☒ **Yes** ☐ No

10. Statement of facts:

**See attached Additional Facts, paragraphs 1 through 22.**

Additional sheets are attached: ☒

**REQUEST FOR RELIEF**

Plaintiff respectfully requests that this Court:

a. Enter judgment that Defendant discriminated against Plaintiff on the basis of national origin in violation of Title VII of the Civil Rights Act of 1964;

b. Enter judgment that Defendant discriminated against Plaintiff on the basis of age in violation of the Age Discrimination in Employment Act;

c. Award back pay, including the difference between Lead Worker and Supervisor compensation from July 29, 2026 forward, with lost benefits, retirement contributions, and prejudgment interest;

d. Order Plaintiff's promotion to the next available Supervisor position, or in the alternative award front pay;

e. Award compensatory damages for emotional distress and harm to professional reputation in an amount to be determined at trial, subject to applicable statutory limits;

f. Award costs and, if Plaintiff obtains counsel, reasonable attorney's fees under 42 U.S.C. § 2000e-5(k); and

g. Grant such other relief as the Court deems just and proper.

Plaintiff demands a trial by jury on all issues so triable.

Dated: 8/31/2026

**Magdy Elyamany**
Plaintiff, pro se
6143 Lee Avenue North
Brooklyn Center, Minnesota 55429
651-354-1009
elyam001@umn.edu